| AO 10<br>Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2005 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Prost, Sharon | 2. Court or Organization<br><br>Federal Circuit | 3. Date of Report<br><br>05/08/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Circuit Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>U.S. Court of Appeals, Fed Cir<br>717 Madison Place, NW<br>Washington, DC 20439 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 MAY 15 P 12: 38 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Prost, Sharon | 05/08/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ]  NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Federal Circuit Bar Assoc. | Feb. 17-18 - San Francisco, CA Panel (Tramsportation, Meals, and Lodging) |
| 2. Federal Circuit Bar Assoc. | June 22-25 - Kiawah Is., SC Annual Conference (Transportation, Meals, Registration, and Lodging) |
| 3. Federal Circuit Bar Assoc. | Oct. 14 - New York, NY Panel (Transportation) |
| 4. Mr. and Mrs. Zerhouni | Aug. 5-7 - San Juan, P.R. wedding participant (Lodging) |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Prost, Sharon | 05/08/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ]    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. HSBC Mortgage Corp. | 50% Ownership Residence Silver Srping, MD | K |
| 2. Wells Fargo | Mortgage on rental property Silver Spring, MD (Pt. VII, line 22) | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Prost, Sharon | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Municipal Bond, Chicago, IL Class RFDG | C | Interest | L | T | | | | | |
| 2. Municipal Bond, Oklahoma City, OK MIA WTR | C | Interest | L | T | | | | | |
| 3. ML Fundamental Growth Mutual Fund | | None | J | T | | | | | |
| 4. American Washington Mut Investors Fund Inc. | B | Dividend | L | T | | | | | |
| 5. May Dept. Stores | B | Dividend | J | T | | | | | |
| 6. Payless Shoes Inc. | | None | J | T | | | | | |
| 7. Ventrue Stores Inc. | | None | J | T | | | | | |
| 8. CMA Tax-Exempt Fund | A | Interest | J | T | | | | | |
| 9. Reserve Prime Money Market | A | Dividend | J | T | | | | | |
| 10. CISCO Systems, Inc. | | None | | | Sell | 10/7 | J | | |
| 11. Dell Inc. | | None | J | T | | | | | |
| 12. General Electric Company | A | Dividend | J | T | | | | | |
| 13. IDT Corp | | None | | | Sell | 10/7 | J | | |
| 14. Intel Corp | A | Dividend | J | T | | | | | |
| 15. NCO Group Inc. | | None | | | Sell | 10/7 | J | | |
| 16. Pioneer Value Fund ClA | A | Dividend | K | T | | | | | |
| 17. SmallCap World Fund Inc. C1A | | None | J | T | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Prost, Sharon | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g, div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Verizon Communications Inc. | A | Dividend | | | Sell | 2/14 | J | | |
| 19. WGL Holdings Inc. | | None | J | T | | | | | |
| 20. Capital World Growth Income Fund ClB | | None | K | T | | | | | |
| 21. Growth Fund America Inc. ClB | | None | K | T | | | | | |
| 22. Rental Property, Silver Spring, MD | D | Rent | M | W | | | | | |
| 23. United States Senate FCU - Account | B | Interest | L | T | | | | | |
| 24. United States Senate - ROTH IRA | A | Interest | J | T | | | | | |
| 25. Pioneer Mid-Cap Growth Fund A - IRA | A | Dividend | K | T | | | | | |
| 26. M&T Bank - IRA | A | Interest | J | T | | | | | |
| 27. PNC Bank - IRA (formerly known as Riggs National Bank) | A | Interest | J | T | | | | | |
| 28. The Reserve Fund - IRA | A | Dividend | J | T | | | | | |
| 29. Merrill Lynch Life Insurance Cash Surrender Value | A | Dividend | L | T | | | | | |
| 30. PNC Bank - CDs (formerly known as Riggs National Bank) | A | Interest | K | T | | | | | |
| 31. Euro Pac Growth | | None | J | T | Buy | 10/7 | J | | |
| 32. Goldman Sachs TR Mid-Cap Value Fund | | None | J | T | Buy | 2/15 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | | |
| | U =Book Value | | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Prost, Sharon | 05/08/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Prost, Sharon | 05/08/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____ Date 5-12-06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544